**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Civil Action No. 10-cv-00468-CMA-KLM

LARRY D. DUNCAN,

      Plaintiff,

v.

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP,
MACHOL & JOHANNES, LLC, and
JEREMIAH EDWARDS, d/b/a EXPRESS LEGAL SERVICES,

      Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

This matter is before the Court on the Plaintiff's Notice of Dismissal With

Prejudice (Doc. # 4).  The Court having considered  the Notice of Dismissal, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay

his or its own respective costs of this action.

DATED:  March __25__, 2010

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge